# In the United States Court of Federal Claims

No. 17-9002
Filed: July 24, 2019

|  |  |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) |
| THIS DOCUMENT APPLIES TO: ALL DOWNSTREAM CASES | ) ) ) ) ) ) |

**ORDER**

On June 27, 2019, plaintiff Lawrence James Madigan permissibly filed an amicus brief with the Court. *See* Amicus Brief, ECF No. 176. Defendant filed a motion to strike plaintiff's Amicus Brief on July 5, 2019. *See* Motion to Strike, ECF No. 178. As defendant correctly asserts, "[t]here is no right to file an amicus brief in this court; the decision whether to allow participation by *amici curiae* is left entirely to the discretion of the court." *Fluor Corp. v. United States*, 35 Fed. Cl. 284, 285 (1996) (citing *Am. Satellite Co. v. United States*, 22 Cl. Ct. 547, 549 (1991)). Upon review of the facts and procedural history of this case, and considering plaintiff is a named party, the Court concludes that plaintiff is barred from making any filings on his own behalf, and instead must make any and all filings through counsel. Accordingly, defendant's Motion to Strike is **GRANTED**, and Mr. Madigan's amicus brief is hereby stricken from the record.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge