```
 1            IN THE UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3   IN RE DOWNSTREAM ADDICKS       )
 4   AND BARKER (TEXAS) FLOOD-      ) Master Docket No.
 5   CONTROL RESERVOIRS,            ) 17-9002L
 6            Plaintiffs,           )
 7       vs.                        )
 8   UNITED STATES OF AMERICA,      )
 9            Defendant.            )
10   ------------------------------)
11
12                         Suite 616
13          Howard T. Markey National Courts Building
14                   717 Madison Place, N.W.
15                      Washington, D.C.
16                    Monday, July 15, 2019
17                         3:00 p.m.
18               Telephonic Status Conference
19
20
21         BEFORE:   THE HONORABLE LOREN A. SMITH
22
23
24
25   Transcribed by:  Elizabeth M. Farrell, CERT
```

```
 1    APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
 3              RAND P. NOLEN, ESQ. (Present)
 4              DAVID HOBBS, ESQ.
 5              Fleming, Nolen & Jez, LLP
 6              2800 Post Oak Boulevard, Suite 4000
 7              Houston, Texas   77056
 8              (713) 621-7944
 9              rand_nolen@fleming-law.com
10
11              JACK E. MCGEHEE, ESQ. (Present)
12              HSIEN C. CHANG, ESQ.
13              BENJAMIN FEILER, ESQ.
14              McGehee, Chang, Barnes, Landgraf
15              10370 Richmond Avenue, Suite 1300
16              Houston, Texas   77042
17              (713) 864-4000
18              jmcgehee@lawtx.com
19
20              SCOTT ANGSTREICH, ESQ.
21              Kellogg Hansen, et al.
22              1615 M Street, N.W., Suite 400
23              Washington, D.C.   20036
24              (202) 326-7959
25              sangstreich@kellogghansen.com
```

```
 1    APPEARANCES (cont.):
 2    ON BEHALF OF THE PLAINTIFFS:
 3              WARNER HOCKER, ESQ. (Present)
 4              Mithoff Law
 5              3450 One Allen Center
 6              500 Dallas Center
 7              Houston, Texas  77002
 8              (713) 654-1122
 9              rmithoff@mithofflaw.com
10
11              DEREK H. POTTS, ESQ.
12              Potts Law Firm, LLP
13              3737 Buffalo Speedway
14              Suite 1900
15              Houston, Texas 77098
16              (713) 963-8881
17              dpotts@potts-law.com
18
19              WILLIAM S. CONSOVOY, ESQ. (Present)
20              Consovoy McCarthy Park PLLC
21              3033 Wilson Boulevard
22              Suite 700
23              Arlington, Virginia 22201
24              will@consovoymccarthy.com
25
```

```
 1    APPEARANCES (cont.):
 2    ON BEHALF OF THE PLAINTIFFS:
 3           TODD B. DENENBERG, ESQ.
 4           EVAN J. MALINOWSKI, ESQ. (Present)
 5           Denenberg Tuffley PLLC
 6           28411 Northwestern Highway
 7           Suite 600
 8           Southfield, Michigan 480345
 9           (248) 549-3900
10           tdenenberg@dt-law.com
11
12        ON BEHALF OF THE DEFENDANT:
13           KRISTINE S. TARDIFF, ESQ. (Present)
14           WILLIAM SHAPIRO, ESQ. (Present)
15           LAURA DUNCAN, ESQ. (Present)
16           SARAH IZFAR, ESQ. (Present)
17           BRAD LEVINE, ESQ. (Present)
18           U.S. Department of Justice
19           Environment & Natural Resource Division
20           601 D Street N.W., 3rd Floor
21           Washington, D.C.  20004
22           (603) 230-2583
23           kristine.tardiff@usdoj.gov
24
25
```

```
 1                    P R O C E E D I N G S
 2                       -    -    -    -    -
 3              (Proceedings called to order, 3:30 p.m.)
 4              LAW CLERK:  Hi, this is Matney again.  May I
 5   please have a roll call for the record?
 6              MS. TARDIFF:  Yes, good afternoon.  For the
 7   Defendant, this is Kris Tardiff from the Department of
 8   Justice.  I have with me on other phone lines William
 9   Shapiro, who is co-counsel here and also counsel of
10   record in the Upstream subdocket.  Also from the
11   Department of Justice, Laura Duncan, Sarah Izfar, and
12   Brad Levine.
13              MR. NOLAN:  And for the Plaintiffs, this is
14   Rand Nolen.  I'm joined by Jack McGeHee, Will Consovoy,
15   David Frederick, and Warner Hocker, appearing for Richard
16   Mithoff.
17              MR. MELANOWSKI:  And on behalf of the
18   subrogated carriers, [it's Evan Melanowski.
19              THE COURT:  Okay, all right.  Mr. Nolen, the
20   purpose of this call, and Ms. Tardiff, is just to check
21   up and see how things are going and if everything is
22   looking like it's on schedule.  And, Mr. Nolen, you want
23   to begin?
24              MR. NOLEN:  Sure, Your Honor.  As best I can
25   tell, everything appears to be exactly on schedule.  The
```

 1   Court entered the June 6th, 2019 order, which was agreed
 2   to, and since that time, I believe that everything is
 3   actually on schedule.
 4            THE COURT:  Okay.
 5            Ms. Tardiff?
 6            MS. TARDIFF:  Yes, Your Honor.  So under the
 7   current summary judgment schedule with the short
 8   extension that we requested and received, we are on
 9   schedule in terms of proceeding with cross-motions for
10   summary judgment.
11            I think the only issue I would flag at this
12   juncture for the Court is the question with respect to
13   Plaintiff Lawrence Madigan's filing.  We did file an
14   opposition and a motion to strike that filing.  He was
15   looking to come in as an amicus curiae, but is actually a
16   named plaintiff in this case.
17            THE COURT:  Oh, I didn't realize he was a named
18   plaintiff somehow.
19            MS. TARDIFF:  I'm not sure that was identified
20   in his original filing.  And we were served last week
21   with a -- from Mr. Madigan with a response and a proposed
22   amended summary judgment memorandum.  So I don't know if
23   the Court has received that yet, but that's -- he was
24   looking to have that filed, as well.  So that would be
25   the only outstanding question for us with -- well, we do

```
 1   oppose his participation for the reasons stated in our
 2   motion to strike as an amicus curiae on summary judgment.
 3              But if the Court's inclined to allow him to
 4   participate, then we would simply want the opportunity to
 5   discuss scheduling in that regard.
 6              THE COURT:  Okay.  Let me ask Mr. Nolen, is he
 7   one of your Plaintiffs who is represented by you or one
 8   of the counsel in the case?
 9              MR. NOLEN:  Yes, Your Honor, he is actually one
10   of the Plaintiffs in the Addicks and Barker Downstream
11   litigation.
12              THE COURT:  Okay.  Yeah, it seems in that case
13   he can't be an amicus curiae and he has to do everything
14   through his counsel, which again I was not aware -- we
15   were not aware of when he filed the amicus curiae brief.
16   And I must say, since it was short and he appeared to be
17   a retired member of the bar, I kind of was overly lenient
18   to let it in.  But in that case, it seems to me
19   impermissible.  So I will grant the motion to strike and
20   we will notify him.  If he wants to write something, he
21   can write it to his counsel instead of to the Court.
22              So anything else that --
23              MS. TARDIFF:  Nothing else for Defendants,
24   thank you.
25              THE COURT:  Okay.  Well, at this stage, we've
```

```
 1   got to schedule.  If there's any need for a status
 2   conference on any other matter that comes up because I
 3   think rather than filing motions for major things, a
 4   status conference can dispose of them much more quickly
 5   than back and forth motions.  But on obviously major
 6   things -- the motion to strike was not a major thing.  So
 7   that was fully appropriate.  But you can always call
 8   Matney and we can schedule, when necessary, fairly
 9   rapidly.
10              I have been kind of somewhat tied up.  My wife
11   is in the hospital with kidney failure and her heart,
12   mainly kidney failure, but -- not 100 percent, but enough
13   that she's really very sick.  So I may be hanging around
14   here, but I can be reached by telephone fairly quickly.
15              MS. TARDIFF:  Well, thank you, Your Honor.  We
16   are very sorry to hear that.
17              THE COURT:  Thank you, thank you.
18              So we will look forward to seeing you down the
19   road here a bit.
20              MR. NOLEN:  Thank you, Your Honor.
21              THE COURT:  And, again, if there's -- Mr.
22   Nolen?
23              MR. NOLEN:  Yeah, no, I just said thank you,
24   Your Honor.  I thought you were at the end.
25              THE COURT:  Oh, okay.  Yeah, the one thing I
```

```
 1   was going to add, obviously, if there are any ways in
 2   which the Court can contribute to settlement, the Court
 3   is always willing to do that.
 4             Okay, thank you all again and we'll talk to you
 5   down the road.
 6             MR. NOLEN:  Thank you, Judge.
 7             MS. TARDIFF:  Thank you very much, Your Honor.
 8             THE COURT:  Okay, bye.
 9             (Whereupon, at 3:11 p.m., the hearing was
10   adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3           I, Elizabeth M. Farrell, court-approved
 4    transcriber, certify that the foregoing is a correct
 5    transcript from the official electronic sound recording
 6    of the proceedings in the above-titled matter.
 7
 8
 9
10    DATE:  9/30/2019              S/Elizabeth M. Farrell
11                                  ELIZABETH M. FARRELL, CERT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```