## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| |
|---|
| **IN RE: DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS**<br><br>*This document relates to:*<br><br>MARCUS W. BERRY, *ET AL*.,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant.<br><br>**Docket No. 1:18-cv-01670-SGB** |

**Sub-Master Docket No. 1:17-9002L**

### STIPULATION OF VOLUNTARY DISMISSAL OF
### EILEEN S. MCKEAN AND AARON J. MCKEAN CLAIMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims, it is hereby stipulated by Plaintiffs Eileen S. McKean and Aaron J. McKean and the United States of America, and their respective counsel that Plaintiffs Eileen S. McKean and Aaron J. McKean claims and causes of action pending in the above referenced action are voluntarily dismissed, without prejudice, against the Defendant. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Rand P. Nolen*
Rand P. Nolen
FLEMING NOLEN & JEZ, LLP
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
(713) 621-7944
rand_nolen@fleming-law.com

*Counsel for Plaintiffs Eileen S. McKean and Aaron J. McKean*

/s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
WILLIAM J. SHAPIRO
SARAH IZFAR
LAURA W. DUNCAN
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel.: (603) 230-2583
Kristine.tardiff@usdoj.gov
William.Shapiro@usdoj.gov
Sarah.Izfar@usdoj.gov
Laura.Duncan@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive service in this action.

/s/ Rand P. Nolen
Rand P. Nolen