# In the United States Court of Federal Claims

No. 17-9002
Filed: May 27, 2020

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) |
| THIS DOCUMENT APPLIES TO:<br><br>Case No. 17-1191 | ) ) ) ) ) ) |

**ORDER**

    On May 22, 2020, plaintiffs in Case No. 17-1191, a sub-docket of Case No. 17-9002, filed a motion for leave to file additional exhibits in the Master Docket, requesting that the Court grant them leave "to file additional exhibits to ECF No. 214, Plaintiffs' Response to Court's Order to Show Cause Why the Case Should Not Be Dismissed." Plaintiffs' Motion for Leave to File Additional Exhibits, ECF No. 215, at 1. Plaintiffs make this request based on their assertion that, "[d]ue to computer malfunction, the documents were inadvertently submitted before the requested exhibits (11, 12, and 13) were uploaded." *Id.* For good cause shown, plaintiffs' Motion for Leave to File Additional Exhibits is hereby **GRANTED**. Accordingly, plaintiffs are hereby **DIRECTED** to electronically file Exhibits 11, 12, and 13 to Plaintiffs' Response to Court's Order to Show Cause Why the Case Should Not Be Dismissed, ECF No. 214, on or before **June 10, 2020**.

    **IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge