# In the United States Court of Federal Claims

No. 17-9002
Filed: June 10, 2020

|  |  |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) |
| THIS DOCUMENT APPLIES TO: ALL DOWNSTREAM CASES | ) ) ) ) ) ) |

**ORDER**

On February 13, 2020, plaintiffs filed a motion with the Court, requesting that the Court either "appoint a Special Master For Settlement pursuant to United States Court of Federal Claims Rule 53, or in the event that the United States is opposed to the appointment of a Special Master, and in the alternative[,] Plaintiffs' ask the Court for referral to mediation." Plaintiffs' Motion to Appoint Special Master for Settlement or in the Alternative Request for Referral to Mediation, ECF No. 202, at 1. On February 12, 2020, the Court issued an Opinion and Order, granting both defendant's Motion to Dismiss and defendant's Cross-Motion for Summary Judgment. *See generally In re Downstream Addicks & Barker (Tex.) Flood-Control Reservoirs*, 147 Fed. Cl. 566 (2020). For the reasons enumerated in that Opinion and Order, plaintiffs' Motion is hereby **DENIED-AS-MOOT**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge