IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| In re DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 1:17-9002L<br><br>Hon. Loren A. Smith |
| THIS DOCUMENT APPLIES TO:<br><br>*Abed-Stephen*, Case No: 19-782L<br><br>*Alford*, Case No: 19-807L<br><br>*Allen,* Case No: 19-1924L<br><br>*Asghari*, Case No: 19-698L<br><br>*Ashby*, Case No: 19-1266L<br><br>*Darby,* Case No: 19-1063L | |

**NOTICE OF RECENT AUTHORITY**

In connection with their Response to the Court's Order to Show Cause,[1] the Stayed Plaintiffs bring to the Court's attention the recent decision of the Federal Circuit Court of Appeals in *Alford v. United States*,[2] holding that in flood-taking cases such as these, "[t]he relative benefits doctrine requires determining whether the burden on the plaintiffs' property is outweighed by the benefits conferred on that property."[3] The Federal Circuit

---

[1] ECF No. 208; ECF No. 228
[2] *Alford v. United States*, No. 2019-1678, 2020 WL 3393533 (Fed. Cir. June 19, 2020)
[3] *Id*. at *6.

further states:

> The cases make clear that our inquiry must be focused on the particular property owned by the plaintiffs and claimed to have been damaged. See *Sponenbarger*, 308 U.S. at 266, 60 S.Ct. 225 (focusing its inquiry on the benefits to the "particular tract of land" at issue); *Accardi*, 599 F.2d at 429–30 (focusing its relative benefits analysis on the "plaintiffs' real properties"); *Hendler*, 175 F.3d at 1382–83 (explaining that the relative benefits doctrine balances "the harm caused [to] the landowner by the Government's ... action [with] any special benefits that happen as a result to accrue to the [landowner's] land").[4]

                                       Respectfully submitted,

                                       <u>s/ Nancie G. Marzulla</u>
                                       Nancie G. Marzulla
                                       Roger J. Marzulla
                                       MARZULLA LAW, LLC
                                       1150 Connecticut Avenue NW
                                       Suite 1050
                                       Washington, DC 20036
                                       (202) 822-6760 (telephone)
                                       (202) 822-6774 (facsimile)
                                       roger@marzulla.com
                                       nancie@marzulla.com

July 2, 2020                                    Counsel for Plaintiff

Of Counsel

William Fred Hagans
Hagans Montgomery Hagans
3200 Travis
4th Floor
Houston, TX 77006
713−222−2700
Fax: 713-547-4950
fhagans@hagans.law

---

[4] *Id*. at *3.

Stephanie M. Taylor
Hagans Montgomery Hagans
3200 Travis
4th Floor
Houston, TX 77006
713−222−2700
Fax: 713-547-4950
staylor@hagans.law

Dennis C. Reich
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027
713-352-7883
dreich@reichandbinstock.com