IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed September 30, 2022*

| | | |
|---|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) | Master Docket No. 17-9002 |
| | ) ) | Senior Judge Loren A. Smith |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL DOWNSTREAM CASES | ) ) ) | |

## JOINT STATUS REPORT PROPOSING
## SUMMARY JUDGMENT BRIEFING SCHEDULE

On September 14, 2022, the Court held a status conference in *Milton v. United States*, No. 2021-1131, regarding further proceedings following the Federal Circuit's June 2, 2022 decision and subsequent mandate. The Court requested that the participants in that case confer and propose a schedule for filing motions for summary judgment on the previously designated bellwether claims. On September 28, 2022, the Court re-opened the Sub-Master Docket for the downstream claims and reappointed Rand P. Nolen, Richard Warren Mithoff, and Jack E. McGehee as Lead Counsel for Plaintiffs. *See* ECF No. 253.

Pursuant to the instructions at the September 14, 2022, status conference, the United States and Lead Counsel for the Plaintiffs propose the following schedule for summary judgement briefing on the bellwether claims:

| | |
|---|---|
| U.S. Motion for Summary Judgment | November 18, 2022 |
| Plaintiffs' Cross-Motion and Response | January 10, 2023 |
| U.S. Response/Reply | February 9, 2023 |
| Plaintiffs' Reply | March 11, 2023 |

Oral Argument                                   Week of March 27, 2023

Dated:  September 30, 2022

                                                       Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*s/ Kristine S. Tardiff*
KRISTINE S. TARDIFF
WILLIAM J. SHAPIRO
LAURA W. DUNCAN
FRANCES B. MORRIS
SAMUEL VICE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Telephone:  603-230-2583
E-Mail:  kristine.tardiff@usdoj.gov

*Counsel for the United States*

*/s/ Rand P. Nolen*
*Rand P. Nolen*
**FLEMING, NOLEN & JEZ L.L.P.**
*2800 Post Oak Blvd., Suite 4000*
*Houston, Texas 77056*
*Telephone: (713) 621-7944*
rand_nolen@fleming-law.com

*/s/ Jack E. McGehee*
Jack E. McGehee
**MCGEHEE, CHANGE, BARNES,**
**LANDGRAF**
10370 Richmond Ave., Suite 1300
Houston, Texas 77042
Telephone: (713) 864-4000
jmcgehee@lawtx.com

2

*/s/ Richard Warren Mithoff*

Richard Warren Mithoff
**MITHOFF LAW FIRM**
500 Dallas Street, Ste. 3450
Houston, Texas 77002
Telephone: (713) 654-1122
mithoff@mithofflaw.com

*Co-Lead Counsel for Plaintiffs*