IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed November 19, 2022*

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS )<br>)<br>)<br>)<br>) | |
| ) | Sub-Master Docket No. 17-9002 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Senior Judge Loren A. Smith |
| ) | |
| ) | |
| ALL DOWNSTREAM CASES ) | |
| ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE
TO FILE CORRECTED MOTION FOR SUMMARY JUDGMENT**

Defendant United States moves for leave to file a corrected copy of its Motion for Summary Judgment Under RCFC 56 (ECF No. 258). The undersigned counsel of record filed a copy of Defendant's Motion that was missing updated citations to the Appendix filed with the Motion, some of which are highlighted in yellow. The Motion is also missing a copy of the index to the Appendix of exhibits, as required by RCFC 56(c) and RCFC 5.4(a)(2). The United States seeks leave to file a corrected brief for the record, which will be easier for the parties to use during the briefing process, and will also facilitate the Court's review of Defendant's Motion and any cross-motion by Plaintiffs.

Defendant has conferred with Plaintiffs' counsel regarding this motion for leave to file a corrected brief, and Plaintiffs' counsel have indicated that they do not oppose this motion.

WHEREFORE, Defendant United States respectfully requests that the Court grant this unopposed motion and thereby allow the United States to file a corrected Motion for Summary Judgment, which Defendant is prepared to do promptly following the Court's ruling on this motion for leave.

1

Dated: November 19, 2022

                                                    Respectfully submitted,

                                                    TODD KIM
                                                    Assistant Attorney General
                                                    Environment & Natural Resources Division

                                                    *s/ Kristine S. Tardiff*
                                                    KRISTINE S. TARDIFF
                                                    WILLIAM J. SHAPIRO
                                                    LAURA W. DUNCAN
                                                    FRANCES B. MORRIS
                                                    SAMUEL R. VICE
                                                    Trial Attorneys

                                                    Natural Resources Section
                                                    53 Pleasant Street, 4th Floor
                                                    Concord, NH 03301
                                                    Telephone:  603-230-2583
                                                    E-mail: kristine.tardiff@usdoj.gov

                                                    *Counsel for the United States*