# In the United States Court of Federal Claims

No. 17-9002

Filed: November 21, 2022

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) |
| THIS DOCUMENT APPLIES TO: ALL DOWNSTREAM CASES | ) ) ) ) ) ) |

## ORDER

On November 18, 2022, defendant filed a motion for summary judgment. *See* Defendant's Motion for Summary Judgment, ECF No. 258. On November 19, 2022, defendant filed an unopposed motion for leave to file a corrected Motion for Summary Judgment. *See* Defendant's Unopposed Motion for Leave to File Corrected Motion for Summary Judgment, ECF No. 260. For good cause shown, the Court **GRANTS** defendant's Motion for Leave to correct its motion for summary judgment. Accordingly, defendant **SHALL** electronically file its corrected motion for summary judgment.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge