# EXHIBIT 1

| Downstream - Case Name of Complaint | Downstream - Complaint Filed, Case Number | Downstream - Date Complaint Filed | Last Name | First Name |
|---|---|---|---|---|
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Abed-Stephen | Hulak and Zavik |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Alford | Joan C. |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Allen | Albert and Debra |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Almario | Melissa |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Alvarez | Ana |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Aquilina | Rosalie Brandino |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Arjomand | Alex Abdollah |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Armstrong | Cinda and Fred |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Asghari | Fatemeh and Alireza Safar |

| Case | Docket | Date | Last Name | First Name |
|---|---|---|---|---|
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Ashby | Lynn |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Banner | Barrette and Julie |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Barry, II | Michael |
| Consolidated and Amended Downstream Master Complaint (Class Action Plaintiff) | 17-9002L - Downstream Master Complaint | 1/16/2018 | Barton | Charles E. and Diana V. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Beane | Laura and Chaunce A. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Beasley | Marcheta and John |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Bedman | William and Margo |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Bickley | Jennifer R. and Ryan L. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Blodgett | Dorothy |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Bossotti | Raymond and Elizabeth |

| Case | Docket | Date | Name | First Name |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Braden | Joseph and Susan |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Tracy Burger, Individually and as Executrix for the Estate of Richard Burger | |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Burger | Nancy N. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Burke | Kevin and Kristen |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Busmire | Patricia |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Butler | Albert and Judy |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Caballero | Olivia and Michael T. Green |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Carlson | Neal D and Kristen T. |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Chao | Victor and Jenny |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Chen | Alison |

| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Chen | Imiao Joanna |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Chen | Theresa |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Cho | Dan |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Choi | Sungjin and Elain Yang |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Clark | Richard and Stacy |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Clevenger | Randy |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Coolidge | Andrew W. and Courtney L. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Crawford | John C. and Mary L. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Dalcin | Weiye Zheng and Wayne R. |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Danforth | Alfred and Carlota |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Darby | Keith |

| Case | Docket | Date | Name | Given |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Deans | Nadia |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Denson | John H. and Marisol |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Derby | Damien and Josephine |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Dillard | Robert and Marilyn |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Dimian | Rafik and Maria Boutros |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Dixon | Karen and Jason |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Dorel | Alain and Sylvie |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Peter Douglas, Independent Executor of the Estate of Virginia W. Douglas | |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Duff | Robert |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Eftekhar | Charlotte |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Enex, Inc. | |

| Case | Docket | Date | Name | Owner |
|---|---|---|---|---|
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Erwin | Robert and Millicent |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Ethan's Glen Community Association, Inc. and William Bedman as Trustee of the Ethan's Glen Community Trust | |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Farrow | Buckminster and Suzanne |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Fluker | Martha McManus |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Forrest | Ingrid |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Franklin | Praneet |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Gaines | Jean A. Sargent |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Garcia | Roland and Karen H. |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Ge | Xiaobin |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Georgescu | Andrei S. and Antonella V. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Gex | Sylvia H. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Goodwin | Rae |

| Case | Docket | Date | Name | First |
|---|---|---|---|---|
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Patrick T. and Judith J. Gordon c/o Gordon Family Trust | |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Gray | Patty |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Green | Kenneth and Elizabeth |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Grivetti | E.J. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Habel | Randall W. and Michelle |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Hackem | Diane |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Hamilton | Janna and Jack R. |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Harris | Billy Q. |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Harris | Aracely |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Hatz | Tracy and Christine Lockstedt |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Hetherwick (Brady) | Robert Brady & Linda |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Hibbard | Lawrence and June |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Hicks | Anna Belle |

| Case | Docket | Date | Last Name | First Name |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Ho | Nhut and Ha Phan |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Ho | Wing and Qiao Ye |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Hood | Bonnie A. and Henry E. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Hooper | Robert and Sherry |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Hunt | Ernest Roy and Mary Elizabeth |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Hunt | James R. and Martha |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Jensen | Ingrid |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Jewett | Douglas F. and Julie A. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Johnson | Mark H. and Laura |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Kampschmidt | Kit and Ann |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Karges | Mary |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Keener | Mark Cargill |

| Case | Docket | Date | Last Name | First Name |
|---|---|---|---|---|
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Kelly | Lawrence and Lorraine |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Kerns | Billie J. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Kim | Tae Jin |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Koralewski | Shirley |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Langerud | Claudia K. |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Lataquin | Lorna |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Lauritzen | Paula M. and Eric C. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Leal | Manuel D. and Beatrice M. |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Lean | Jonathan and Emma |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Lee | Whan and Kyongsook Yun |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Leehey | James Edward |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Little | Raymond and Holly |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Lorentz | Carla |

| Case | Docket | Date | Last Name | First Name |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Lotz | Joan |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Lundquist, Jr. | Lisa and Eric |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Lynch | Bryan and Angela |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Mahoney | Carol A. |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Malone | Patricia |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Mancuso | Joe and Kathy |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Marshall | Wilton Ray and Kathie |
| Asghari, et al. v. the United States of America | 19-698 L | Yes | Martinez | Rose Mary |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Maxwell | Robert Elton, Jr. and Mary R. |
| Ashby, et al. v. United States of America | 19-1266 L | Yes | May | David and Ann |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | Yes | McArthur | Roya |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | McDonald | Patricia Ann |
| Ashby, et al. v. United States of America | 19-1266 L | Yes | McGuirt | Don Hunter and Michelle Holick |

| Case | Docket | Lead? | Last Name | First Name |
|---|---|---|---|---|
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | McIlwain | William and Linda |
| Keith Darby, et al. v. United States of America | 19-1063L | Yes | Medina | Brooke |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | Yes | Memorial Bend Place Owner's Association | |
| Asghari, et al. v. the United States of America | 19-698 L | Yes | Menard | Mark and Marcia |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Moore | Stephen and Pamela |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Morrison | Denby and Nicolette |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Mueller | Charles and Kim |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Murdock | Jennifer T. and Mark |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Muska | Jonathan T. and Suzann K. |
| Ashby, et al. v. United States of America | 19-1266 L | Yes | Nath | Vickram |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Nematpour | Mike |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Nesbitt | DeEtte |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Nguyen | Krystal Lee and Chad |

| | | | | |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Nguyen | Trung and Thu Phan |
| Ashby, et al. v. United States of America | 19-1266 L | Yes | Nguyen | Bruce |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Oostwouder | Ana and Shelby |
| Asghari, et al. v. the United States of America | 19-698 L | Yes | Otte | Katherine T. |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Paullo | Donald, II and Brandi |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Perryman | James and Patricia |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Pirotte | James and Elizabeth H. |
| Consolidated and Amended Downstream Master Complaint (Class Action Plaintiff) | 17-9002L - Downstream Master Complaint | 1/16/2018 | Pudney | Gregory |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Rageot | Kathryn S. |
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Reed | Brian and Katherine |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Reese | Brian and Deborah |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Reuben | Jeffrey D. and Chriseda C. |

| Case | Docket | Date | Name | Parties |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | Yes | Reynolds | Brian and Amber |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | Yes | Riddle | Todd Arlis and Michelle M. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Romo | Daniel and Laura Leal |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Roth | Gary and Terrie M. |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Rozelle | Robert and Penny |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Sahakian | Areg and Eliane |
| Plaintiffs' Original Class Action Complaint<br><br>17-9002L; Consolidated and Amended Downstream Master Complaint, filed on 1/16/2018<br><br>19-807L; Joan Alford, et al. v. United States of America; filed on 6/3/2019 | 17-1194L - Class Action Complaint | 9/5/2017 | Salo | Matthew and Gabriela |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Samet | Elizabeth and Taraneh Saghafian |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | San Juan | Miguel and Hailey |

13

| Case Name | Docket | Date | Last Name | First Name |
|---|---|---|---|---|
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Sefeldt | Phyllis M. |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Seigle | Melanie and Harvey |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Shaw | Erica and David |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Simmons | Carol (aka Carol B. Leggett) |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Simonians | Bobken and Huleh |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Smith | Karen |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Stearns | Natasha and Matthew |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Stefaniak | Jerome and Patricia |
| Asghari, et al. v. the United States of America | 19-698 L | 5/13/2019 | Stenzel | Tomasz and Christina |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Tamberli Weitkunat, Executrix of the Estate of Margaret Stratton | |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Sunshine | William & Sarna S. |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Thilman | Mason and Amanda |

| Case | Docket | Date | Last Name | First Name |
|---|---|---|---|---|
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Tinkler | Dan |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Tribble | James and Charlotte |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Troner | Barbara |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Tsai | Hsin-Tien |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Upchurch | Michael and Katharina |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Vanderschoor | Craig and Jennifer |
| Ashby, et al. v. United States of America | 19-1266 L | 8/26/2019 | Velasco-Sanchez | Igor |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Vescovo | Peter and Rebecca |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Voie | Per and Maria Ines |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Waguespack | Brian and Katia |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Wainerdi | Richard |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Warren | Joseph W. and Susan W. |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Weiss | Herbert D. and Arlyne L. |

| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | West | Dr. Preston |
| --- | --- | --- | --- | --- |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Wilkerson | Steven |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Wilkinson | John and Stephanie |
| 17-9002L; Consolidated and Amended Downstream Master Complaint, filed on 1/16/2018 (Bellwether Individual Plaintiffs) | 17-1456L - Original Complaint | 10/5/2017 | Williamson, II | Jacqueline M. and Kirk E. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Wilturner-Zenon | Betty |
| Zavik and Hulak Abed-Stephen, et al. v. the United States of America | 19-782 L | 5/28/2019 | Windham | James M., Jr. and Lela L. |
| Allen, Albert and Debra, et al., v. USA | 19-1924L | 12/19/2019 | Winter | Scott |
| Keith Darby, et al. v. United States of America | 19-1063L | 7/23/2019 | Winter Donaho | Beverly |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Woodman | Mary E. |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Woodstone Section Three HOA | |

| Case | Number | Date | Last Name | First Name |
|---|---|---|---|---|
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Xu | Chunxia and Yongjun Yue |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Yi | Tong Sop |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Yi | Donna and David |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Zhang | Qindong and Ping Wan |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Zieben | Carol |
| Joan Alford, et al. v. United States of America | 19-807L | 6/3/2019 | Zimmermann | Michael and Kryn |