# EXHIBIT 4

Case 1:17-cv-09002-LAS Document 265-7 Filed 01/10/23 Page 2 of 2
Case 1:17-cv-09002-LAS Document 133-7 Filed 06/22/20 Page 2 of 2
Upstream Addicks and Barker (Texas) Flood-Control Reservoirs Trial 5/6/2019

189

1  A. I was.
2  Q. And is the current Buffalo Bayou and
3  Tributaries project exploring the possibility of
4  buying out that land or doing something to decrease
5  or reduce or eliminate the risk these people face of
6  having their homes flooded by that impounded runoff?
7  A. It is.
8  Q. And what is the estimated date of completion
9  for that report?
10 A. I'm guessing a year and a half, two years
11 from now.
12 Q. Mr. Thomas, do you know whether in the
13 history of this project the Corps of Engineers has
14 ever asked Congress for funding or authorization to
15 buy all of the property in the Addicks and Barker
16 reservoirs?
17 A. I believe so.
18 Q. You believe they have?
19 A. I believe I know the answer.
20 Q. What's the answer?
21 A. As far as I know they have not.
22 Q. They have never asked for that authorization,
23 have they?
24 A. As far as I know.
25 Q. Okay. Mr. Thomas, what I'd like to do now is

190

1  we've talked about Harvey. I would like to go back
2  to the 1940s period to when this project was created;
3  all right?
4       When I deposed you, I recall you had
5  prepared a word document that had some screen shots
6  and things on it. It talked about the history of the
7  dams and these projects. Do you recall that?
8  A. Yes, sir.
9  Q. And I say that because I'm trying to save
10 some time, candidly, and not have to mark too many
11 exhibits, but you're familiar with the original
12 project plan for this federal project; right?
13 A. Right.
14 Q. Okay. So back in the '40s, the overall
15 project had many elements besides just the Addicks
16 and Barker reservoirs; correct?
17 A. Correct.
18 Q. You know what? I fear I have to mark these
19 anyway to make my record.
20      So Mr. Thomas, I'd like to show you
21 what's been marked for identification as Upstream 70,
22 and I have to believe this is a Joint exhibit as
23 well; 5, Joint Exhibit 5.
24      Okay. Mr. Thomas, Joint Exhibit 5 is a
25 document dated June 1st, 1940, entitled Definite

191

1  Project Report; correct?
2  A. Right.
3       I'll add that it's also labeled
4  "construction drafting section" at the bottom.
5  Q. Is there any significance to a construction
6  drafting section?
7  A. There is another one that looks just like
8  this that has a different title at the bottom.
9  Q. Understood.
10      MR. EASTERBY: Your Honor, we move to admit
11 Joint Exhibit 5.
12      MR. SHAPIRO: No objection.
13      THE COURT: Admitted.
14      (Joint Exhibit 5 was received in
15 evidence.)
16 Q. BY MR. EASTERBY: So if you turn to page 12
17 of the Exhibit, paragraph 24 talks about what the
18 project plan has for its principal features, and it
19 lists nine different elements; correct?
20 A. Right.
21 Q. And of those nine, how many were actually
22 built?
23 A. Three.
24 Q. Which are those?
25 A. The Addicks dam and reservoir, the Barker dam

192

1  and reservoir, and the bypass channel downstream.
2  Q. So the twin reservoirs, which are item E, are
3  one of the nine; correct?
4  A. That's a different plan.
5  Q. So that's one, and then the bypass channel,
6  which one is that, Mr. Thomas?
7  A. I think that's F.
8  Q. F?
9  A. I think. I think that's right.
10 Q. I see.
11      And the idea was that there would be
12 channel rectification on Buffalo Bayou for those
13 first 7-1/2 miles, and then there would have been a
14 south canal that would pick up and divert all those
15 flows into the ship channel; right?
16 A. I think it went to the bay, but right.
17 Q. The bay.
18      And that south canal was supposed to
19 have capacity of 18 to 20,000 cubic feet per second;
20 right?
21 A. I forget the number, but sufficient to carry
22 all the surcharge releases.
23 Q. But the south canal was not built; is that
24 right?
25 A. That's right.