...

# In the United States Court of Federal Claims

No. 17-9002

Filed: August 24, 2023

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO:<br><br>Case Nos.:<br><br>17-1303, 17-1828, 18-319, 18-321, 18-322, 18-341, 18-1068, 19-1077, 19-1078, 20-704 |

**ORDER**

On August 23, 2023, the following plaintiffs improperly filed motions to substitute counsel in the Sub-Master Docket, Case No. 17-9002:

1. Grover Abel et al., ECF No. 371;
2. Anthony Arriaga et al., ECF No. 375;
3. Lacey J. Cannon and Michael J. Welch, ECF No. 379;
4. Allen R. Houk and Gale S. Houk, ECF No. 380;
5. Pamela Kimmons, ECF No. 381;
6. Karan Oberoi, ECF No. 382;
7. PD Liquidating Trust, ECF No. 383;
8. James A. Ray and Katrina S. Ray, ECF No. 384;
9. Thomas Valle and Catherine O. Valle, ECF No. 385; and
10. Janet Wright and Terry Wright, ECF No. 386.

Pursuant to the Court's Second Amended Management Order No. 3, ECF No. 253, motions to substitute counsel in individual cases must be filed in the individual case dockets, rather than in the Sub-Master Docket. Accordingly, the Clerk's Office is directed to **STRIKE** plaintiffs' improperly filed motions for substitution of counsel, ECF Nos. 371, 375, 379–386, from the record. If the above-named plaintiffs have not already done so, plaintiffs may file motions to substitute counsel in their individual case dockets, rather than in the Sub-Master Docket, as required by the Court's Second Amended Management Order No. 3, ECF No. 253.

-2-

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge
