# In the United States Court of Federal Claims

No. 17-9002

Filed: October 24, 2023

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: ALL CASES |

## SCHEDULING ORDER

On October 16, 2023, the Court held a telephonic status conference to discuss scheduling oral argument and supplemental briefing in this case. Consistent with discussions held during that conference, the Court adopts the following schedule:

1. On or before November 3, 2023, plaintiffs will file a supplemental brief of no more than five pages regarding the applicability of the recent decision of the United States Court of Appeals for the Federal Circuit in *Ideker Farms v. United States*, Case No. 21-1849;

2. On or before December 5, 2023, defendant will file a response of no more than five pages to plaintiffs' supplemental brief;

3. On or before December 12, 2023, plaintiffs will file a reply to defendant's response, if any, of no more than three pages; and

4. On January 10, 2024, the Court will hold in-person oral argument on the parties' Motions for Summary Judgment in Houston, Texas.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge