# In the United States Court of Federal Claims

No. 17-9002

Filed: January 25, 2024

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: ALL CASES |

**ORDER**

    This sub-master docket was created to efficiently manage consolidated cases involving hundreds of plaintiffs. In the interest of streamlining case management by the Clerk of Court, the Court hereby orders that plaintiffs **SHALL** create, file, and periodically update a chart that identifies the status of each plaintiff in the cases under this sub-master docket.

    The chart shall contain, for each past or present plaintiff named in any consolidated case within this sub-master docket, the following information organized into six columns:

1. The plaintiff's name or pseudonym, if applicable;

2. The plaintiff's case number;

3. The complaint in which the plaintiff was first included;

4. Whether the plaintiff remains a party to the case;

5. If the plaintiff is no longer a party, whether the plaintiff was dismissed or was substituted by another party that would participate on plaintiff's behalf, and if the latter, the name of the substituted party; and

6. If the plaintiff is no longer a party, the date of such dismissal or substitution together with the relevant citation in the court record.

    Plaintiffs **SHALL** file the chart in this sub-master docket on or before **March 7, 2024**. Further, during the duration of these consolidated cases, plaintiffs **SHALL** file an updated charted within **seven days** of the addition, substitution, or dismissal any plaintiff. Plaintiffs are directed to file all such charts under the docketing event titled "Status Report (Multiple Plaintiffs Summary)" in the Court's case management/electronic case filing (CM/ECF) system.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge