IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed June 25, 2024*

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL DOWNSTREAM CASES | ) ) ) ) ) ) ) ) ) ) ) ) Master Docket No. 17-9002 <br><br> Senior Judge Loren A. Smith |

**JOINT PROPOSED PRETRIAL SCHEDULE**

Pursuant to the Court's June 6, 2024 Order, the United States and Lead Counsel for the Plaintiffs have conferred regarding the pretrial schedule, and propose the following:

| Event | Deadline |
|---|---|
| Completion of Expert Depositions for limited evidentiary trial. | Friday, August 23, 2024[1] |
| Filing of Stipulations of Fact | Friday, September 6, 2024 |
| Telephonic Pretrial Status Conference | Tuesday, September 10, 2024 at 3:00 p.m. (ET) |
| Plaintiffs' Pre-Trial Memorandum, Exhibit List, and Witness List, pursuant to RCFC App. A, ¶¶ 14(a), 15, and 16 | Friday, September 13, 2024 |
| Defendant's Pre-Trial Memorandum, Exhibit List, and Witness List pursuant to RCFC App. A, ¶¶ 14(b), 15, and 16 | Friday, October 11, 2024 |
| Final Pre-Trial Conference via Zoom | Thursday, October 17, 2024 |
| Limited Evidentiary Trial at 515 Rusk St. Houston, Texas | Monday, October 21, 2024 – Friday, October 30, 2024 <br><br> October 25, 2024 – Court conducts site visit. |

---

[1] This discovery deadline for depositions may be extended by agreement of counsel.

Dated:  June 25, 2024

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division

        *s/ Kristine S. Tardiff*
        KRISTINE S. TARDIFF
        WILLIAM J. SHAPIRO
        LAURA W. DUNCAN
        FRANCES B. MORRIS
        AMBER DUTTON-BYNUM
        Trial Attorneys
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        53 Pleasant Street, 4th Floor
        Concord, NH 03301
        Telephone:  603-230-2583
        E-Mail:  kristine.tardiff@usdoj.gov

        *Counsel for the United States*

        */s/ Rand P. Nolen*
        *Rand P. Nolen*
        **FLEMING, NOLEN & JEZ L.L.P.**
        2800 Post Oak Blvd., Suite 6000
        Houston, Texas 77056
        Telephone: (713) 621-7944
        rand_nolen@fleming-law.com

        */s/ Jack E. McGehee*
        Jack E. McGehee
        **MCGEHEE, CHANG, BARNES, LANDGRAF**
        10370 Richmond Ave., Suite 1300
        Houston, Texas 77042
        Telephone: (713) 864-4000
        jmcgehee@lawtx.com

/s/ *Richard Warren Mithoff*
Richard Warren Mithoff
**MITHOFF LAW FIRM**
500 Dallas Street, Ste. 3450
Houston, Texas 77002
Telephone: (713) 654-1122
mithoff@mithofflaw.com

Appointed *Co-Lead Counsel for Plaintiffs*

/s/ *Russell S. Post*
Russell S. Post
David M. Gunn
Parth S. Gejji
Bennett Ostdiek
**BECK REDDEN L.L.P.**
4500 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 951-6292
rpost@beckredden.com

*Of Counsel for Plaintiffs*