IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **In re DOWNSTREAM ADDICKS AND** | § | |
| **BARKER (TEXAS) FLOOD- CONTROL** | § | **MASTER DOCKET NO. 1:17-9002L** |
| **RESERVOIRS** | § | |

### PLAINTIFF MARY KATHLEEN GRANT'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the Court of Federal Claims, Plaintiff Mary Kathleen Grant in Case No. 1:17-cv-01512-LAS, by and through her undersigned counsel of record, hereby gives notice that she voluntarily dismisses her claim against Defendant without prejudice. This notice of dismissal without prejudice shall have no impact or effect on the claims brought by any other Plaintiff in this matter.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G. Buzbee*
    Anthony G. Buzbee
    Attorney in Charge
    Texas Bar No. 24001820
    tbuzbee@txattorneys.com
    Christopher J. Leavitt
    Texas Bar No. 24053318
    cleavitt@txattorneys.com
    JP Morgan Chase Tower
    600 Travis, Suite 7300
    Houston, TX 77002
    Telephone: (713) 223-5393
    Facsimile: (713) 223-5909

**ATTORNEYS FOR ABOVE-NAMED PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on this 16th day of August, 2024, on all counsel of record.

                                                      */s/ Christopher J. Leavitt*
                                                      Christopher J. Leavitt