IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed October 29, 2024*

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS ) ) ) ) | Master Docket No. 17-9002 |
| ) | Senior Judge Loren A. Smith |
| THIS DOCUMENT RELATES TO: ) ) ) ALL DOWNSTREAM CASES ) ) ) | |

**<u>JOINT SUBMISSION OF AMENDED PROPOSED SITE VISIT ITINERARY</u>**

      Along with the limited trial in the Downstream case scheduled for October 25-30, 2024, in Houston, Texas, the Court intends to conduct a site visit on October 31, 2024. Pursuant to the Court's Order dated September 19, 2024, ECF No. 540, the parties submitted a joint proposal to the Court on October 16, 2024. *See* ECF No. 549. But consistent with discussions with the Court at trial, the parties hereby submit an amended proposed site visit itinerary as Exhibit A to this filing. As discussed, a member of the Department of Justice's support staff will escort the Judge, his law clerk, and a member of Plaintiffs' support staff to the Project Office from downtown Houston and escort them back for the return route to downtown Houston. And as indicated in our prior site visit filing, the Corps of Engineers will provide a caravan and Corps' staff to help facilitate the site visit, including for the Addicks and Barker Dam and Reservoir portion of the route.

Dated:  October 29, 2024                         Respectfully submitted,

                                                        TODD KIM
                                                        Assistant Attorney General

Environment & Natural Resources Division

*s/ Laura W. Duncan*
LAURA W. DUNCAN
KRISTINE S. TARDIFF
FRANCES B. MORRIS
AMBER DUTTON-BYNUM
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
c/o USACE Galveston District Office of Counsel
2000 Fort Point Road, Room 321
Galveston, Texas 77550
Telephone: (202) 598-1114
Email: Laura.Duncan@usdoj.gov

*Counsel for the United States*

*/s/ Rand P. Nolen*
*Rand P. Nolen*
**FLEMING, NOLEN & JEZ L.L.P.**
2800 Post Oak Blvd., Suite 6000
Houston, Texas 77056
Telephone: (713) 621-7944
rand_nolen@fleming-law.com

*/s/ Jack E. McGehee*
Jack E. McGehee
**MCGEHEE, CHANG, BARNES, LANDGRAF**
10370 Richmond Ave., Suite 1300
Houston, Texas 77042
Telephone: (713) 864-4000
jmcgehee@lawtx.com

*/s/ Richard Warren Mithoff*
Richard Warren Mithoff
**MITHOFF LAW FIRM**
500 Dallas Street, Ste. 3450
Houston, Texas 77002
Telephone: (713) 654-1122
mithoff@mithofflaw.com

Appointed *Co-Lead Counsel for Plaintiffs*

*/s/ Russell S. Post*
Russell S. Post
Parth S. Gejji
Bennett Ostdiek
**BECK REDDEN L.L.P.**
4500 One Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone: (713) 951-6292
rpost@beckredden.com

*Of Counsel for Plaintiffs*