**Amended Proposed Itinerary for Limited Evidentiary Downstream Trial Site Visit**
**October 31, 2024**

|   | Approx. Time | Stops |
|---|---|---|
|   | 10:00 AM | **Judge and law clerk picked up from Downtown Houston**<br>➢ DOJ support staff to escort the Judge, his law clerk, and Plaintiffs' support staff to Project Office. |
| 1 | 10:30 AM | **Meet in the Lobby at the Addicks and Barker Project Office**<br>➢ 1011 Highway 6, Suite 101, Houston, TX 77077<br>➢ Court and selective party representatives ride in van and any others caravan behind. |
| 2 | 10:45 AM | **Barker Outlet**<br>➢ Drive to old outlet structure area to park, walk to top of the existing outlet.<br>➢ Drive to bottom of the outlet.<br><br>Points of interest:<br>• View the Barker Water Control Structure Platform, including inflows, gates, area of old outlet works, and downstream channel.<br>• View structure with gate controls.<br>• View structure with outflows, spillway, and channel. |
| 3 | 11:15 AM | **Nearby Downstream Test Properties**<br>➢ Drive-by view of Milton property and drive-by view of Aldred property.<br><br>Points of interest:<br>• Virginia Milton – 850 Silvergate Drive (~4 mins)<br>• Val & Linda Aldred – 835 Thornvine Lane (~7 mins) |
| 4 | 11:45 AM | **Addicks Dam and North Emergency Spillway**<br>➢ Enter dam off of Eldridge, take care entering with traffic.<br>➢ Drive along top of Addicks Dam to north emergency spillway, pass through locked gates.<br><br>Points of interest:<br>• Drive on top of Addicks Dam for elevated view of the reservoir area behind the dam and the neighborhoods below the dam.<br>• Drive over emergency spillway and stop at end. |
| 5 | 12:15 PM | **Bear Creek Village Neighborhood**<br>➢ Return from Northeast end of the Addicks Reservoir via spillway and Dam to Clay Road.<br>➢ Drive in from Clay Road on Hickory Downs. |

|   |          |   |
|---|----------|---|
|   |          | ➢ Take a right on Pine Mountain and drive down to the Hidden Springs Road.<br>➢ Follow around to 4 Leaf Drive, back to Hickory Downs Drive and leave area on Cairnway.<br><br>Point of interest:<br>➢ View upstream neighborhood with properties in upstream takings case. |
| 6 | 12:40 PM | **Return to Addicks and Barker Project Office to take separate vehicles to drive remainder of route**<br>➢ Drive on Highway 6 back to 1011 Highway 6, Suite 101, Houston, TX 77077.<br>➢ Last stop for Corps van. |
| 7 | 1:30 PM  | **Return route from Project Office to downtown Houston near and along Buffalo Bayou**<br>➢ Drive onto Briar Forest, which becomes Memorial Drive, and then San Felipe Street to S. Voss Road, turn on Voss to Woodway Drive.<br>➢ Go under 610 to where Woodway Drive becomes Memorial Drive and continue to Shepherd Drive.<br><br>Points of interest<br>➢ Self-guided tour following this route in personal cars.<br>➢ DOJ support staff to escort the Judge, his law clerk, and Plaintiffs' support staff back to downtown Houston.<br>➢ Road crosses Buffalo Bayou at several locations. |

**PROPOSED STOP DETAILS**



**Note**: Stops 5 and 6 indicated in the map have been consolidated to Stop 5 in this amended proposed site visit itinerary. Stop 8 in the map is now Stop 7 in the amended site visit itinerary.