# In the United States Court of Federal Claims

No. 17-9002
Filed: November 4, 2024

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: <br><br> ALL CASES |

## SCHEDULING ORDER

On November 4, 2024, the Court held a status conference to discuss further proceedings in this case. Consistent with discussions held during the conference, the Court schedules the remainder of the trial, excluding closing arguments, on **December 4 and 5, 2024, from 10:00 AM to 6:00 PM EST** in **Washington, D.C.**

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge