IN RE: DOWNSTREAM ADDICKS AND BARKER (TEXAS)

FLOOD-CONTROL RESERVOIRS v. USA

CASE NO. 17-9002L

VOLUMES 1-5

MASTER INDEX

| Witness: | Direct: | Cross: | Redirect: | Recross: | Voir: |
|---|---|---|---|---|---|
| Bardol | 1-57/176 | 2-229 | 2-389 | 2-396 | |
| Maglio | 1-133 | 1-156 | 1-173 | | |
| Thomas | 2-397 | | | | |
| | 3-444 | 3-489 | 3-630 | 4-696/798 | |
| | | | 4-684/764 | | |
| Zetterstrom | 4-807 | 4-852 | 4-891 | 4-915 | |
| Long | 5-934 | 5-965 | 5-975/981 | 5-980 | |
| Nairn | 5-987 | 5-1058 | 5-1125 | | |

| PX 404 | 3-487 | USACE (1996): Engineer Regulation; Engineering and Design; Reporting of Evidence of Distress of Civil Works Structures, ER 1110-2-101; March 15, 1996 |

| **DX** | **PAGE** | **DESCRIPTION** |
|---|---|---|
| DX 0105 | 2-388 | Water Control Manual (1962) |
| DX 0114 | 2-389 | Addicks and Barker Emergency Action Plan (2023) |
| DX 0136 | 4-806 | EC 1110-2-6075: Inundation Maps and Emergency Action Plans and Incident Management for Dams and Levee Systems |
| DX 0212 | 3-610 | Harvey Event CWMS Forecast Summary, 8/23/17 to 9/15/17 |
| DX 0213 | 2-388 | CWMS Forecast and Transmittals, 8/23/17 to 9/15/17 |
| DX 0223 | 4-704/806 | Press Releases Compilation Exhibit |
| DX 0224 | 4-806 | HarveyVid-PR-20170904-FinalV3.mp4 |
| DX 0245 | 4-806 | Email string regarding risk of activating surcharge releases and spillways |
| DX 0272 | 4-806 | Email String from Robert Thomas to Edmond Russo with subject "RE:SWG Prove Status: Addicks and Barker Reservoirs Condition" |
| DX 0289 | 4-806 | Predecisional Hurricane Harvey Timeline |
| DX 0290 | 3-522 | Buffalo Bayou and Tributaries Flood Control Project; Addicks and Barker Dams and Reservoirs Hurricane Harvey - USSD Dam Safety Presentation |
| DX 0372 | 2-389 | Email from Michael Kauffman to Coraggio Maglio with subject "RE: Addicks and Barker Dam Releases" |
| DX 0379 | 4-875 | Email from Col. Lars Zetterstrom to Russ Poppe, et al. with subject "Fw: Addicks Releases" |
| DX 0469 | 5-1129 | Dr. Robert Nairn Downstream Expert Report Errata (June 2024) |
| DX 0522 | 5-1129 | Baird work files: Gates Closed Run.xlsx |
| DX 0530 | 5-1129 | Dr. Rob Nairn CV |

|  |  | regarding plan to follow water control manual |
|---|---|---|
| JX 106 | 1-172/174 | Email from Maglio to Michael Sterling, Michael Zalesak, and RobThomas with subject "RE:Deviation" |
| JX 109 | 1-174 | Email from Maglio to DLL-CESWG-FLOOD with subject "Addicks flow around northern" |
| JX 110 | 1-174 | Email from Maglio to DLL-CESWG-FLOOD with subject "Image of the Addicks emergency spillway" |
| JX 171 | 2-388 | Profile Plot Figure B-11: Modeled Peak Water Surface Elevation Profile with HWMs |
| JX 175 | 2-389 | Harvey Downstream model comparison |

| **DEMONSTRATIVES** | **PAGE** | **DESCRIPTION** |
|---|---|---|
| PX 405 | 1-67 | Demonstrative |
| PX 406 | 1-87 | Demonstrative-chart entitled "Capacity" |
| PX 407 | 1-198 | Demonstrative-chart |
| PX 408 | 4-805 | Opening Statement |
| PX 409 | 4-805 | Demonstratve |
| PX 410 | 5-979 | Demonstrative |
| PX 411 | 5-980/1123 | Demonstrative - Poster |
| PX 412 | 5-980 | Demonstrative - Poster |
| PX 413 | 5-1124 | Demonstrative - Poster |
| DDX 1 | 2-224 | Slides |
| DDX 2 | 4-806 | Demonstrative |
| DDX 3 | 5-1129 | Demonstrative |
| DDX 4 | 5-1129 | Demonstrative |
| JDX 042 | 3-487 | Demonstrative - DSMR - U.S. Army Corps of Engineers, Addicks and Barker Dam Modification Report (May 2013) |
| JDX 110 | 3-487 | 8/29/2017 "Email from Maglio to DLL-CESWG-FLOOD with subject "Image of the Addicks emergency spillway" |