# In the United States Court of Federal Claims

No. 17-9002

Filed: March 26, 2025

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: ALL CASES |

## SCHEDULING ORDER

Consistent with discussions with the parties, the Court will hear closing arguments at **11:00 AM EDT / 10:00 AM CDT on April 8, 2025, in Washington, DC**.

Interested property owners and members of the general public are welcome to attend in person. Alternatively, they may listen in by calling **833.568.8864** (Toll-free). The Court will open the phone line shortly before argument begins.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge