# In the United States Court of Federal Claims

No. 17-9002
Filed: January 16, 2026

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: ALL CASES |

**ORDER**

In December 2025, the United States Court of Appeals for the Federal Circuit issued its decision in *Ablan v. United States*, No. 2023-1363, 2025 WL 3703921 (Fed. Cir. Dec. 22, 2025). There, the Federal Circuit affirmed the 2019 liability opinion in the *Upstream* docket which concluded that a taking occurred and defendant could not use the necessity doctrine as a defense.

The Federal Circuit's recent decision prompted the Court to hold a status conference on January 15, 2026, to determine whether the parties would be amenable to settlement discussions. *See* ECF No. 593. Defendant objected to any settlement negotiation with plaintiffs and took the position that the findings in *Ablan* are distinguishable from the instant matter.

The Court now **ORDERS** the parties to submit supplemental briefs on or before **February 17, 2026**. Each brief shall not exceed twenty pages and should address how the decision in *Ablan* affects the disposition of the case before the Court.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge

1