**CORRECTED**

# In the United States Court of Federal Claims

No. 17-9002
Filed: May 19, 2026

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: <br><br> ALL CASES |

## ORDER

On May 19, 2026, the Court held a telephonic status conference to discuss how this matter should proceed in the damages portion of this case. Defendant represented that it may seek a writ of certiorari in the United States Supreme Court in *Ablan v. United States*, 162 F.4th 1364 (Fed. Cir. 2025). *Ablan* affirmed the trial liability opinion in a related case. *See In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs*, 146 Fed. Cl. 219 (2019). Defendant noted that it must make its decision by July 8, 2026. The parties agreed that scheduling the just compensation phase of this case should wait until after defendant makes its decision.

Accordingly, the Court **ORDERS** the co-lead attorneys for plaintiffs and defendant's counsel to file a joint status report on or before **July 14, 2026**. The joint status report should: (1) address whether defendant will seek certiorari in *Ablan*; and (2) provide a joint proposed procedure for the damages portion of this case. The Court also **ORDERS** the parties to attend a telephonic status conference set for **July 17, 2026, at 3:00 p.m. EDT**. Further information regarding the proceeding, including dial-in information, will be sent to the co-lead attorneys and defendant's counsel.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge

1