# In the United States Court of Federal Claims

No. 17-9002
Filed: July 17, 2026

|  |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO: ALL CASES |

**ORDER**

The Court held a telephonic status conference on July 17, 2026, during which defendant appraised the Court of its pending decision to seek a writ of certiorari in the United States Supreme Court for *Ablan v. United States*, 162 F.4th 1364 (Fed. Cir. 2025). *See* ECF No. 607 at 1. The application for certiorari is due August 7, 2026. *Id.* Defendant **SHALL** file a status report on **August 10, 2026**, informing the Court of its decision whether to seek certiorari.

If defendant does not seek certiorari, the parties shall meet and confer to discuss mechanisms for resolving the damages portion of this case.[1] The parties **SHALL** file a joint status report on or before **September 8, 2026**, apprising the Court of those discussions. The Court will hold a telephonic status conference on those discussions and the joint status report on **September 9, 2026, at 3:00 PM EDT**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge

---

[1]     In their discussions, the parties should also consider resolution for the damages portion of *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs*, No. 17-9001.

1