**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS

THIS DOCUMENT RELATES TO:

ALL DOWNSTREAM CASES

Master Docket No. 17-9002

Senior Judge Loren A. Smith

**STATUS REPORT**

The United States submits this status report pursuant to the Court's July 17, 2026 Order (Dkt. No. 608). The Court directed that the United States "file a status report . . . informing the Court of its decision whether to seek certiorari." *Id.*

On July 23, 2026, the United States applied to the United States Supreme Court "for a further extension of time within which to file a petition for a writ of certiorari to the United States Court of Appeals for the Federal Circuit." It requested an additional twenty-eight days, to September 4, 2026. On July 24, 2026, the Chief Justice granted the application, extending the time to file until September 4.

Under the Court's Order, the parties are to file a joint status report on September 8, and appear before the Court telephonically on September 9. The United States will update Plaintiffs about any filing on September 4 and include that update for the Court in the September 8 filing.

Dated: August 10, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/Brian R. Herman*

BRIAN R. HERMAN
Assistant Section Chief
AMBER DUTTON-BYNUM
GENEVIEVE GEIGER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3278
Brian.Herman@usdoj.gov