# In the United States Court of Federal Claims

No. 17-9002

Filed: September 10, 2026

| |
|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS |
| THIS DOCUMENT APPLIES TO:<br><br>ALL CASES |

**ORDER**

On September 9, 2026, the Court held a telephonic status conference to discuss next steps in this matter. Defendant informed the Court that it did not seek a writ of certiorari in the United States Supreme Court in *Ablan v. United States*, 162 F.4th 1364 (Fed. Cir. 2025). *Alban* is part of the related case, *In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs*, No. 17-9001. With this information, the Court believes that moving forward to the damages phase of this case is appropriate.

Accordingly, the Court **ORDERS** the co-lead attorneys for plaintiffs and defendant's counsel to file a joint status report on or before **October 9, 2026**. The status report must either: (1) propose a trial schedule with a proposed number of properties to assess damages; or (2) provide a plan to resolve this matter without additional litigation, including settlement. In addition, the Court also will hold a telephonic status conference on **October 13, 2026, at 3:00 PM EST**. Further information regarding the proceeding, including dial-in information, will be sent to the co-lead attorneys and defendant's counsel.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge